UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMKUMAR V. RAYAPUREDDY,<br><br>　　　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br>22 Civ. 1592 (WSH) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Securities and Exchange Commission and Defendant Ramkumar V. Rayapureddy, through undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

_Christopher R. Kelly_
Christopher R. Kelly (NY 4247722)
SECURITIES AND EXCHANGE
　COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 597-3100
kellycr@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

Dated: August 13, 2024

s/ Adam S. Lurie [w/ permission]
Adam S. Lurie
Doug Davison
Richard C. Smith
601 13th St. NW #400
Washington, D.C. 20005
(202) 654-9200
adam.lurie@linklaters.com
doug.davison@linklaters.com
richard.smith@linklaters.com

*Attorneys for Defendant Ramkumar Rayapureddy*